# UNITED STATES BANKRUPTCY COURT
## BALTIMORE District of MARYLAND

In re: Rona Cervantes Manangan          *

                Debtor          *          Case #: 11-33374
                                       Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *   *

Lori Simpson, Chapter 7 Trustee          *

                Plantiff          *

v.          *

Adriano Manangan, et al.          *

                Defendants

---

### Answer to For Default Judgment Against Defendants Adriano Manangan, et. al

The Defendants in this matter, by counsel, answer the Motion for Default Judgment Against Defendants Adriano Manangan, et al and state:

1. That Defendant Adriano Manangan is an elderly man aged eighty four and has not been active in this matter.

2. That his children and three co-Defendants were confused about this matter and had contacted another attorney other than the original attorney of record for Debtor Rona Manangan, and have just this day requested assistance in this matter from this counsel.

3. That the Defendants desire to meet for the scheduled pre-trial conference set for November 5, 2014 at 10:00 am to discuss possible settlement of the issues involved.

WHEREFORE, Debtors pray that the motion be dismissed.

Date:     10/30/14                              /S/Mark D. Macaluso
                                                Attorney for Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 30th day of October, 2014, a copy of the Answer for Default Judgment has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Lori Simpson
1400 South Charles St., 3rd Floor
Baltimore, MD 21230                                                                 Trustee

US Trustee
101 W. Lombard Street
Baltimore, MD 21201

Randolph Manangan                                                  Defendant
1223 Chesaco Ave.
Baltimore, MD 21237