Form ntchrgad (12/03)

## UNITED STATES BANKRUPTCY COURT

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Adversary Proceeding No.:  14−00718
Judge:  David E. Rice

Lori Simpson  v.  Adriano Manangan

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−D, Baltimore, MD 21201

on 1/22/15 at 10:00 AM

to consider and act upon the following:

13 − Motion to Strike Defendants' Answer Filed by Lori Simpson. (Moore, Karen)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/8/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769