Form ntchrgad (12/03)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Adversary Proceeding No.: 14−00718
Judge: David E. Rice

Lori Simpson  v.  Adriano Manangan

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−D, Baltimore, MD 21201

on 1/22/15 at 10:00 AM

to consider and act upon the following:

19 − Defendant's Request To Enlarge Time For Hearing on behalf of Adriano Manangan , Randolph Manangan , Riza Manangan Filed by Adriano Manangan , Randolph Manangan , Riza Manangan (related document(s)17 Motion to Dismiss Adversary Proceeding filed by Defendant Randolph Manangan, Defendant Adriano Manangan, Defendant Riza Manangan, 18 Opposition filed by Defendant Randolph Manangan, Defendant Adriano Manangan, Defendant Riza Manangan). (Maloney−Raymond, Michelle)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/21/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769