**SO ORDERED**
**For the reasons stated at the hearing held on January 22, 2015.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | Case No. 11-33374 DER |
| **Debtor.** | * | (Chapter 7) |
| * * * * * * * * | * * * * * | |
| **Lori Simpson, Chapter 7 Trustee** | * | |
| **Plaintiff,** | * | |
| v. | * | **Adv. No. 14-00718** |
| **Adriano Manangan, et al.** | * | |
| **Defendants.** | * | |
| * * * * * * * * | * * * * * | |

### ORDER

This Court having held a hearing on: (i) the Trustee's Complaint to Sell Real Property Free and Clear of Interest of Co-Owners (the "Complaint") (Dkt. #1); (ii) the Trustee's Motions for Default Judgment Against Adriano Manangan (Dkt. #5), Randolph Manangan (Dkt. #6) and Riza Manangan (Dkt. #7) (the "Trustee's Motions for Default Judgments"); (iii) the Opposition to the Trustee's Motions for Default Judgment (Dkt. #8); (iv) the Trustee's Motion to Strike Defendants'

Answer (Dkt. #13); (v) the Defendants' Motion to Dismiss (Dkt. #17); (vii) the Defendants' Opposition to Trustee's Motion to Strike (Dkt. #18); and (viii) the Defendants' Request to Enlarge Time for Hearing (Dkt. #19), due notice having been given; and after consideration of the opposition and/or response from both the Defendants and the Trustee; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the following matters are hereby continued for a further hearing on February 11, 2015 at 10:00 a.m: (i) the Complaint (Dkt. #1); (ii) the Trustee's Motion for Default Judgment Against Defendant Adriano Manangan, (Doc. #5); (iii) the Trustee's Motion for Default Judgment Against Defendant Randolph Manangan, (Doc. #6); (iv) the Trustee's Motion for Default Judgment Against Defendant Riza Manangan (Doc. #7): and (v) the Opposition to the Trustee's Motions for Default Judgment (Dkt. #8); and it is further

**ORDERED**, that the Motion to Strike (Dkt. #13) is hereby **GRANTED WITH LEAVE TO AMEND**; and it is further

**ORDERED**, that the Defendants shall file an answer to the Complaint by February 5, 2015; and it is further

**ORDERED**, that the Defendants' Motion to Dismiss (Dkt. #17) is **DENIED** with the Court reserving ruling on the core/non-core issue presented therein; and it is further

**ORDERED**, that the Trustee shall file a memorandum of law on the core/non-core issue raised in the Complaint on or before January 30, 2015; and it is further

**ORDERED**, that the Defendants' Opposition to Trustee's Motion to Strike (Dkt. #18) is hereby **OVERRULED**; and it is further

**ORDERED**, that the Defendants' Request to Enlarge Time for Hearing (Dkt. #19) is **DENIED** as moot.

cc: Karen H. Moore, Esquire
  Law Office of Lori Simpson, LLC
  1400 South Charles Street, 3rd Floor
  Baltimore, Maryland 21230

  Adriano Manangan
  1223 Chesaco Avenue
  Baltimore, Maryland 21237

  Randolph Manangan
  1223 Chesaco Avenue
  Baltimore, Maryland 21237

  Riza Manangan
  1223 Chesaco Avenue
  Baltimore, Maryland 21237

**SO ORDERED**