United States Bankruptcy Court
District of Maryland

Simpson,
    Plaintiff

Adv. Proc. No. 14-00718-DER

Manangan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1　　　　User: mmaloneyr　　　　Page 1 of 1　　　　Date Rcvd: Jan 29, 2015
　　　　　　　　　　　　　Form ID: pdfall　　　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2015.
```
dft            +Adriano Manangan,    1223 Chesaco Avenue,    Rosedale, MD 21237-2601
dft            +Randolph Manangan,   1223 Chesaco Ave.,      Baltimore, MD 21237-2601
dft            +Riza Manangan,       1223 Chesaco Avenue,    Baltimore, MD 21237-2601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
pla            +E-mail/Text: lori.simpson@txitrustee.com Jan 29 2015 19:49:35     Lori Simpson,
                 Law Office of Lori Simpson, LLC,   1400 South Charles Street,   3rd Floor,
                 Baltimore, MD 21230-4263
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2015　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2015 at the address(es) listed below:
```
              Karen H. Moore    kmoore@lsimpsonlaw.com,  rjarboe@lsimpsonlaw.com
              Mark D. Macaluso    Marcodm01@yahoo.com
                                                                                              TOTAL: 2
```

Signed: January 28, 2015
**SO ORDERED**
**For the reasons stated at the hearing held on
January 22, 2015.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | Case No. 11-33374 DER |
| Debtor. | * | (Chapter 7) |
| * * * * * * * * | * | * * * * * |
| **Lori Simpson, Chapter 7 Trustee** | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 14-00718 |
| **Adriano Manangan, et al.** | * | |
| Defendants. | * | |
| * * * * * * * * | * | * * * * * |

### ORDER

This Court having held a hearing on: (i) the Trustee's Complaint to Sell Real Property Free and Clear of Interest of Co-Owners (the "Complaint") (Dkt. #1); (ii) the Trustee's Motions for Default Judgment Against Adriano Manangan (Dkt. #5), Randolph Manangan (Dkt. #6) and Riza Manangan (Dkt. #7) (the "Trustee's Motions for Default Judgments"); (iii) the Opposition to the Trustee's Motions for Default Judgment (Dkt. #8); (iv) the Trustee's Motion to Strike Defendants'

Answer (Dkt. #13); (v) the Defendants' Motion to Dismiss (Dkt. #17); (vii) the Defendants' Opposition to Trustee's Motion to Strike (Dkt. #18); and (viii) the Defendants' Request to Enlarge Time for Hearing (Dkt. #19), due notice having been given; and after consideration of the opposition and/or response from both the Defendants and the Trustee; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the following matters are hereby continued for a further hearing on February 11, 2015 at 10:00 a.m: (i) the Complaint (Dkt. #1); (ii) the Trustee's Motion for Default Judgment Against Defendant Adriano Manangan, (Doc. #5); (iii) the Trustee's Motion for Default Judgment Against Defendant Randolph Manangan, (Doc. #6); (iv) the Trustee's Motion for Default Judgment Against Defendant Riza Manangan (Doc. #7): and (v) the Opposition to the Trustee's Motions for Default Judgment (Dkt. #8); and it is further

**ORDERED**, that the Motion to Strike (Dkt. #13) is hereby **GRANTED WITH LEAVE TO AMEND**; and it is further

**ORDERED**, that the Defendants shall file an answer to the Complaint by February 5, 2015; and it is further

**ORDERED**, that the Defendants' Motion to Dismiss (Dkt. #17) is **DENIED** with the Court reserving ruling on the core/non-core issue presented therein; and it is further

**ORDERED**, that the Trustee shall file a memorandum of law on the core/non-core issue raised in the Complaint on or before January 30, 2015; and it is further

**ORDERED**, that the Defendants' Opposition to Trustee's Motion to Strike (Dkt. #18) is hereby **OVERRULED**; and it is further

**ORDERED**, that the Defendants' Request to Enlarge Time for Hearing (Dkt. #19) is **DENIED** as moot.

cc: Karen H. Moore, Esquire
Law Office of Lori Simpson, LLC
1400 South Charles Street, 3rd Floor
Baltimore, Maryland 21230

Adriano Manangan
1223 Chesaco Avenue
Baltimore, Maryland 21237

Randolph Manangan
1223 Chesaco Avenue
Baltimore, Maryland 21237

Riza Manangan
1223 Chesaco Avenue
Baltimore, Maryland 21237

**SO ORDERED**