Signed: February 13, 2015

**DENIED**
**For the reasons stated on the record at the hearing held on February 11, 2015.**




**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**




| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | **Case No. 11-33374 DER** |
| **Debtor.** | * | **(Chapter 7)** |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| **Lori Simpson, Chapter 7 Trustee** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Adv. No. 14-00718** |
| **Adriano Manangan, et al.** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER GRANTING TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ADRIANO MANANGAN**

Upon consideration of the Motion for Default Judgment against Adriano Manangan (the "Motion for Default Judgment"), filed by Lori Simpson, the Chapter 7 Trustee appointed in the above-captioned case (the "Trustee"), it appearing that due notice of the Motion for Default Judgment has been provided and that no further notice of said Motion need be given; and it appearing that no answer was filed by the Defendant, Adriano Manangan to the Trustee's

Complaint, and it appearing that the Trustee filed her Non-Military Service Affidavit on October 30, 2014, and it appearing that good cause exists for granting the relief requested in the Motion for Default Judgment; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the defined terms contained in this Order shall have the same meanings as set forth in the Motion for Default Judgment; and it is further

**ORDERED**, that the Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED**, that a judgment by default shall be entered against the Defendant, Adriano Manangan; and it is further

**ORDERED**, that an Order be entered permitting the sale of the Bankruptcy Estate's interest and the interest of the Co-owners in the Chesaco Avenue Property in accordance with the provisions of 11 U.S.C. § 363 (h) and (j).

DENIED

cc: Karen H. Moore, Esquire
Law Office of Lori Simpson, LLC
1400 South Charles Street, 3rd Floor
Baltimore, Maryland 21230

Adriano Manangan
1223 Chesaco Avenue
Baltimore, MD 21237

**END OF ORDER**