**DENIED**
**For the reasons stated on the record at the hearing held on February 11, 2015.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | **Case No. 11-33374 DER** |
| Debtor. | * | (Chapter 7) |
| * * * * * * * * * * * * * | | |
| **Lori Simpson, Chapter 7 Trustee** | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 14-00718 |
| **Adriano Manangan, et al.** | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * | | |



### ORDER GRANTING TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT RIZA MANANGAN

Upon consideration of the Motion for Default Judgment against Riza Manangan (the "Motion for Default Judgment"), filed by Lori Simpson, the Chapter 7 Trustee appointed in the above-captioned case (the "Trustee"), it appearing that due notice of the Motion for Default Judgment has been provided and that no further notice of said Motion need be given; and it appearing that no answer was filed by the Defendant, Riza Manangan to the Trustee's Complaint,

and it appearing that the Trustee filed her Non-Military Service Affidavit on October 30, 2014, and it appearing that good cause exists for granting the relief requested in the Motion for Default Judgment; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the defined terms contained in this Order shall have the same meanings as set forth in the Motion for Default Judgment; and it is further

**ORDERED**, that the Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED**, that a judgment by default shall be entered against the Defendant, Riza Manangan; and it is further

**ORDERED**, that an Order be entered permitting the sale of the Bankruptcy Estate's interest and the interest of the Co-owners in the Chesaco Avenue Property in accordance with the provisions of 11 U.S.C. § 363 (h) and (j).

cc:   Karen H. Moore, Esquire
      Law Office of Lori Simpson, LLC
      1400 South Charles Street, 3rd Floor
      Baltimore, Maryland 21230

      Riza Manangan
      1223 Chesaco Avenue
      Baltimore, MD 21237

**END OF ORDER**

*[DENIED watermark overlaid on the order]*