IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | **Case No. 11-33374 DER** |
|     **Debtor.** | * | **(Chapter 7)** |
| * * * * * * * * | * | * * * * * |
| **Lori Simpson, Chapter 7 Trustee** | * | |
|     **Plaintiff,** | * | |
| **v.** | * | **Adv. No. 14-00718** |
| **Adriano Manangan, et al.** | * | |
|     **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on the 26th day of February, 2015, a copy of the following discovery:

    (i)    TRUSTEE'S REQUEST FOR ADMISSIONS;
    (ii)   TRUSTEE'S REQUESTS FOR PRODUCTION OF DOCUMENTS; &
    (iii)  TRUSTEE'S INTERROGATORIES.

was propounded by Plaintiff, Lori Simpson, Chapter 7 Trustee, unto Defendants, and were served by first class mail, postage prepaid addressed to:

Adriano Manangan
Riza Manangan
Randolph Manangan
1223 Chesaco Avenue
Baltimore, MD 21237
*Defendants*

Date: February 26, 2015                /s/ Karen H. Moore
                                            Karen H. Moore, Bar No. 10510
                                            Law Office of Lori Simpson, LLC
                                            1400 South Charles Street
                                            Baltimore, Maryland 21230
                                            (410) 468-0054

(410) 385-1514 (fax)
kmoore@lsimpsonlaw.com

*Counsel for Trustee/Plaintiff*