Form ntchrgad (12/03)

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Adversary Proceeding No.:   14−00718
Judge:   David E. Rice

Lori Simpson  v.  Adriano Manangan

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−D, Baltimore, MD 21201

on 5/19/15 at 10:00 AM

to consider and act upon the following:

41 − Defendants' Motion For Judgment On The Pleadings Filed by Adriano Manangan , Randolph Manangan , Riza Manangan . (Maloney−Raymond, Michelle)

43 − Opposition on behalf of Lori Simpson Filed by Karen H. Moore (related document(s)41 Motion for Miscellaneous Relief filed by Defendant Randolph Manangan, Defendant Adriano Manangan, Defendant Riza Manangan). (Moore, Karen)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/1/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769