_____DAR_____     ✓ RETAIN

**David E. Rice , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Ⓨ N
                                                Exhibits Filed  Ⓨ N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 05/19/2015  Time: 10:00

**CASE: 14-00718 Simpson v. Manangan et al**

Related: 11-33374 Rona Cervantes Manangan

Karen H. Moore ✓ representing Lori Simpson ✓ (Plaintiff)
PRO SE Adriano Manangan ✓ (Defendant)
PRO SE Riza Manangan ✓ (Defendant)
Mark D. Macaluso representing Randolph Manangan ✓ (Defendant)

[26] Answer to Complaint Filed by Adriano Manangan, Randolph Manangan, Riza Manangan. (Maloney-Raymond, Michelle)

**FILED BY** : Adriano Manangan Randolph Manangan Riza Manangan BY M Macaluso

[41] Defendants' Motion For Judgment On The Pleadings Filed by Adriano Manangan, Randolph Manangan , Riza Manangan . (Maloney-Raymond, Michelle)

**FILED BY** : Adriano Manangan Randolph Manangan Riza Manangan BY M Macaluso

[43] Opposition on behalf of Lori Simpson Filed by Karen H. Moore (related document(s) 41 Motion for Miscellaneous Relief filed by Defendant Randolph Manangan, Defendant Adriano Manangan, Defendant Riza Manangan).

**FILED BY** : Lori Simpson BY K Moore

[46] Response on behalf of Adriano Manangan, Randolph Manangan , Riza Manangan Filed by Adriano Manangan , Randolph Manangan , Riza Manangan (related document(s) 43 Opposition filed by Plaintiff Lori Simpson). Hearing scheduled for 5/19/2015 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Rice. (Maloney-Raymond, Michelle)

[1] Adversary case 14-00718. (31 (Approval of sale of property of estate and of a co-owner - 363(h))) Complaint by Karen H. Moore on behalf of Lori Simpson against Adriano Manangan, Riza Manangan, Randolph Manangan. The filing fee is DEFERRED - Plaintiff is the Trustee in the Bankruptcy case and will pay the fee to the extent that there is an estate. (Attachments: #s1 Exhibit A)

**FILED BY** : Lori Simpson BY K Moore

SCHEDULE:
    1. Discovery cutoff: _____    6. Pretrial memos/exhibits: _____
    2. Dispositive motions: _____    7. Trial times est: \_\_\_\_\_ days \_\_\_\_ hrs
    3. Status report due: _____    8. Trial date: _____ time: _____
    4. Motions hrg. date: _____    9. Expert witness & Rpts: _____
    5. Final pretrial hrg: _____    10. Reissue Summons: _____

DISPOSITION:
    Granted \_\_\_ Denied \_\_\_ Withdrawn \_\_\_ Default \_\_\_ Consent \_\_\_ Under Adv. \_\_\_
    Adjourned / Continued to: _____ at _____ .m. Notice: YES / NO

FINAL DISPOSITION:
_____ Judgment for Plaintiff(s) _____
_____ Judgment for Defendant(s) _____
_____ Consent             _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____    for want of Prosecution
                              _____ Day Settlement Order
_____ Decision Reserved        _____ Moot
_____ Default / No Response     _____ Soldiers and Sailors Affidavit Due
_____ Show Cause Order         _____ Other: _____
Adjourned / Continued to: _____ at _____ .m. Notice: YES / NO
Post Trial Memos Due: Plaintiff: _____ Defendant: _____

DECISION:
    [✓] Signed by Court          [ ] Filed by Counsel
    [✓] To be prepared by:
        [✓] plaintiff's counsel        [ ] Court
        [ ] defendant's counsel     [ ] Other _____

NOTES:

[41] - DENIED

[1] - GRANTED