

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **Rona Cervantes Manangan,** | * | Case No. 11-33374 DER |
| Debtor. | * | (Chapter 7) |
| * * * * * * * * | * * * * * | |
| **Lori Simpson, Chapter 7 Trustee** | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 14-00718 |
| **Adriano Manangan, et al.** | * | |
| Defendants. | * | |
| * * * * * * * * | * * * * * | |

### ORDER AUTHORIZING SALE OF CHESACO AVENUE PROPERTY
### FREE AND CLEAR OF INTERESTS OF CO-OWNERS ADRIANO MANANGAN, RANDOLPH MANANGAN AND RIZA MANANGAN

Upon consideration of the Complaint to Sell Real Property Free and Clear of Interest of Co-Owners (Dkt. No. 1) filed by Lori Simpson, the Chapter 7 Trustee appointed in the above- captioned case (the "Trustee"), and the Answer filed by Defendants Adriano Manangan, Randolph Manangan and Riza Manangan (the "Defendants") (Dkt. No. 26), and a trial having

1

been held on May 19, 2015 and the Court having considered the evidence presented by the Trustee and the Defendants, and the Court finding that:

    A.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334;

    B.    Venue is proper in this Court pursuant to 28 U.S.C. § 1409;

    C.    This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

    D.    On the Petition Date, the Debtor owned a one-quarter (1/4) interest in the property commonly known as 1223 Chesaco Avenue, Baltimore, Maryland 21237 (the "Chesaco Avenue Property") as a joint tenant with the Defendants;

    E.    As of the Petition Date, the Debtor's interest in the Chesaco Avenue Property became property of the Estate;

    F.    The Trustee is the duly appointed Chapter 7 trustee of the Debtor's case and is responsible for administering Estate assets;

    G.    The Chesaco Avenue Property has an appraised value of $165,000.00;

    H.    Timely filed general unsecured claims in the Debtor's case total $13,981.10;

    I.    The Chesaco Avenue Property is the sole asset of the Estate being administered by the Trustee;

    J.    Partition in kind of the Chesaco Avenue Property among the Estate and the Defendants is impracticable;

    K.    The sale of the Estate's undivided interest in the Chesaco Avenue Property would realize significantly less for the Estate than the sale of the Chesaco Avenue Property free of the interests of the Defendants;

    L.    The benefit to the Estate of a sale of its interest in the Chesaco Avenue Property

free of the interests of the Defendants outweighs the detriment to the Defendants;

  M. The Chesaco Avenue Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light or power.

  WHEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

  **ORDERED**, that the defined terms contained in this Order shall have the same meanings as set forth in the Complaint; and it is further,

  **ORDERED**, that this Adversary Proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it is further,

  **ORDERED**, that the relief requested in the Complaint is hereby **GRANTED;** and it is further,

  **ORDERED,** that the Trustee is hereby authorized pursuant to § 363(h) of the Bankruptcy Code to sell the Chesaco Avenue Property free and clear of the interests of the Defendants Adriano Manangan, Randolph Manangan, and Riza Manangan with such interests to be paid from the proceeds of the sale of the Chesaco Avenue Property subject to § 363 of the Bankruptcy code and Court approval therefor; and it is,

  **ORDERED,** that at the time of closing on a sale of the Chesaco Avenue Property, the Trustee shall pay and satisfy in full any and all mortgage or other liens that encumber the Chesaco Avenue Property.

cc: Karen H. Moore, Esquire
   Law Office of Lori Simpson, LLC
   1400 South Charles Street, 3rd Floor
   Baltimore, Maryland 21230

Adriano Manangan
1223 Chesaco Avenue
Baltimore, MD 21237

Randolph Manangan
1223 Chesaco Avenue
Baltimore, MD 21237

Riza Manangan 1223
Chesaco Avenue
Baltimore, MD 21237

**END OF ORDER**