

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | Case No. **11–33374 – DER**<br>Chapter **7** |
| **Rona Cervantes Manangan**<br>Debtor(s) | Motion/<br>Adversary No. **14–00718** |
| Plaintiff(s)/Movants(s)<br>**Lori Simpson**<br>vs. | |
| Defendant(s)/Respondent(s)<br>**Adriano Manangan    Riza Manangan    Randolph Manangan** | |

### ORDER DENYING
### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of the Motion for Judgment on the Pleadings [Docket No. 41] the Defendants it is, for the reasons stated on the record at the hearing held on May 19, 2015, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Judgment on the Pleadings is hereby DENIED.

cc:  Plaintiff
     Attorney for Plaintiff – Karen H. Moore
     Defendants

### End of Order

44x01 (05/1990) – *aclifton*